# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JERRELL MARSHALL | CIVIL ACTION NO. 18-0782 |
| | SECTION P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DEPT. OF CORRECTIONS | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the instant action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Petitioner Jerrell Marshall's Motion to Appoint Counsel [Doc. No. 6] is DENIED AS MOOT.

MONROE, LOUISIANA, this 16th day of August, 2018.

_____
Terry A. Doughty
United States District Judge